**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7257**

———————

JASON ORTEGA,

                                        Petitioner - Appellant,

        versus

RONALD  J.  ANGELONE,  Director  of  Virginia
Department of Corrections,

                                        Respondent - Appellee.

———————

Appeal  from  the  United  States  District  Court  for  the  Eastern
District  of  Virginia,  at  Richmond.   Richard L. Williams, Senior
District Judge.  (CA-01-826-3)

———————

Submitted:  October 24, 2002        Decided:  November 13, 2002

———————

Before WILKINS, NIEMEYER, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Jason Ortega, Appellant Pro Se.   Richard Bain Smith, Assistant
Attorney General, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jason Ortega, a state prisoner, seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). An appeal may not be taken to this court from the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a state court unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). When, as here, a district court dismisses a § 2254 petition solely on procedural grounds, a certificate of appealability will not issue unless the petitioner can demonstrate both "(1) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right' and (2) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.'" Rose v. Lee, 252 F. 3d 676, 684 (4th Cir. 2001) (quoting Slack v. McDaniel, 529 U.S. 473, 484 (2000)). We have reviewed the record and conclude for the reasons stated by the district court that Ortega has not made the requisite showing. See Ortega v. Angelone, No. CA-01-826-3 (E.D. Va. Aug. 13, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. We deny the Government's motion to strike Ortega's supplemental brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the

2

materials before the court and argument would not aid the decisional process.

DISMISSED